UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ X
WEI WEI ZHAO, XIN WANG,

      Plaintiff,

   -against-          Case No. 3:16-CV-01896

PRETTY NAIL, LLC d/b/a PRETTY NAILS &
SPA, CHANG HE ZHAO, FENG WEI DAI, and YI
ZHANG

      Defendants.  X
------------------------------------------------------------------

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS,** on November 16, 2016, Plaintiffs filed a Complaint, and on December 15, 2016, 2017, Plaintiffs filed an Amended Complaint, both of which assert claims for, *inter alia*, failure to pay minimum and overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the Connecticut Minimum Wage Act Conn. Gen. Stat. § 31-58 *et seq.* ("CMWA");

**WHEREAS,** on December 12, 2016, Defendants filed their Answer, Affirmative Defenses, and Counterclaims and on January 5, 2017, Defendants filed their Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint;

**WHEREAS,** the parties reached a settlement of this action and Plaintiffs' claims and Defendants' Counterclaims through arms-length negotiations, and have entered into a Settlement Agreement and General Release (the "Agreement"), formally memorializing the parties' settlement;

10

WHEREAS, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the CMWA, and/or time worked; and

WHEREAS, this Court shall retain jurisdiction to enforce the terms of the Agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
~~May~~ ~~April~~ 3/_, 2018

| | |
|---|---|
| **HANG & ASSOCIATES LPPC** | **SHOTKIN, LEE & ASSOCIATES PC** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: _____ | By: _____ |
| Jian Hang, Esq. | I. Frederick Shotkin |
| 136-20 38th Avenue, Suite 10G | Shotkin, Lee & Associates PC |
| Flushing, New York 11354 | 45 West 34th Street, Suite 603 |
| Tel.: (718) 353–8588 | New York, NY 10001 |
| jhang@hanglaw.com | (212)268-8668 |
| | slwlawny@gmail.com |

SO ORDERED.

_____
Hon.

11